UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK EDWARD MCCANN, | Case No. 2:24-cv-12261-LJM-APP |
| Plaintiff, | Hon. Laurie J. Michelson |
| v | Magistrate Judge Anthony P. Patti |
| SELECTQUOTE INSURANCE SERVICES INC., | |
| Defendant. | |
| _____/ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that George T. Blackmore of Blackmore Law PLLC enters his appearance as local counsel for Plaintiff.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    /s/ George T. Blackmore
    By: George T. Blackmore (P76942)
    BLACKMORE LAW PLC
    1100 Owendale Drive, Suite M
    Troy, MI 48083
    Phone: (888) 835-2993
    george@blackmore.law
    *Local Counsel for Plaintiff*

Dated: September 26, 2024

2

## **CERTIFICATE OF SERVICE**

I certify that on September 26, 2024, I electronically filed this Notice of Appearance with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

/s/ George T. Blackmore
George T. Blackmore (P76942)