UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL DAVIS,

        Plaintiff(s),

v.

STATE FARM FIRE AND CASUALTY COMPANY,

        Defendant(s).
_____/

Case No. 2:24-11354

Judge Laurie J. Michelson

Magistrate Judge Elizabeth A. Stafford

**NOTICE OF CORRECTION**

Docket entry number __9__, filed __September 30, 2024__, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Erica__ at __(313) 234-5095__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: September 30, 2024

s/E. Parkin
Deputy Clerk