UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PATRICK EDWARD McCANN,

        Plaintiff(s),

v.

SELECTQUOTE INSURANCE SERVICES INC.

        Defendant(s).
        /

Case No. 24-12261

Judge Laurie J. Michelson

Magistrate Judge Anthony P. Patti

**NOTICE OF CORRECTION**

Docket entry number __10__, filed __9/30/2024__, has been modified. The explanation for the correction is stated below.

- ☐ The docket entry was made on the wrong case.
- ☐ The corresponding document image was missing or incomplete.
- ☑ The wrong document image was associated.
- ☐ The wrong judicial officer was listed on the case docket.
- ☐ The filer information was inaccurate or omitted from the docket text.
- ☐ The judicial officer information was inaccurate or omitted from the docket text.
- ☐ The docket text was changed *to include the Partial Payment Order.*
- ☐ Other:

If you need further clarification or assistance, please contact __Erica__ at __(313) 234-5095__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: September 30, 2024

s/E. Parkin
Deputy Clerk