# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| PATRICK EDWARD MCCANN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br>      Case No.<br><br>SELECTQUOTE INSURANCE SERVICES INC.<br><br>        Defendant. | Case No.: 24-12261<br><br>Hon. Laurie J. Michelson<br>Mag. Judge Anthony P. Patti |

## NOTICE OF SETTLEMENT

The parties files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file a stipulation of dismissal within 45 days.

Date: October 16, 2024

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*