# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| PATRICK EDWARD MCCANN, *individually and on behalf of a class of all persons and entities similarly situated*, | Case No.: 24-12261 |
| | Hon. Laurie J. Michelson |
| Plaintiffs, | Mag. Judge Anthony P. Patti |
| vs. | |
| SELECTQUOTE INSURANCE SERVICES INC., | |
| Defendant. | |

## STIPULATION FOR ORDER OF DISMISSAL

NOW COME Plaintiff Patrick Edward McCann and SelectQuote Insurance Services, by and through undersigned counsel, and stipulate to the entry of an order approving this stipulation and dismissing all claims asserted in the above-captioned and numbered action with prejudice as to plaintiff and without prejudice as to the putative class pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear his/its own costs.

Date: November 22, 2024

Respectfully submitted,

/s/ Anthony I. Paronich
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*

/s/ Justin H. Homes
Justin H. Homes, Esq.
Sessions, Israel & Shartle, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Telephone: (504) 846-7931
Facsimile: (504) 828-3737
jhomes@sessions.legal

*Counsel for Defendant, SelectQuote Insurance Services*

## **CERTIFICATE OF SERVICE**

I certify that on November 22, 2024, a copy of the foregoing was filed electronically in the Court's Case Management / Electronic Case Filing system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic case filing system.

                                          */s/ Justin H. Homes*
                                          Justin H. Homes, Esq.