**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PATRICK EDWARD MCCANN,
*individually and on behalf of a class of all
persons and entities similarly situated,*

              Plaintiffs,

vs.

SELECTQUOTE INSURANCE
SERVICES INC.,

              Defendant.

Case No.: 24-12261

Hon. Laurie J. Michelson
Mag. Judge Anthony P. Patti

## ORDER TO APPROVE STIPULATION AND DISMISS

CONSIDERING the Stipulation For Order Of Dismissal filed by Plaintiff Patrick Edward McCann and SelectQuote Insurance Services, and upon finding the Stipulation meets the Court's approval, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the Stipulation be and is hereby APPROVED; and it is further ORDERED, that all claims asserted against SelectQuote Insurance Services in the above-captioned and numbered action be and are dismissed with prejudice as to plaintiff and without prejudice as to the putative class pursuant to Fed. R. Civ. P. 41(a)(2).  Each party shall bear his/its own costs.

IT IS FURTHER ORDERD that the Clerk shall close this case.

Dated:    November 22, 2024                s/Laurie J. Michelson

                                                   UNITED STATES DISTRICT JUDGE